FILED

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA   2011 MAR 15   AM 12: 37
SOUTH BEND DIVISION

STE...
U.S. DISTRICT COURT ...CLERK
FOR THE NORTHERN DISTRICT
OF INDIANA

**BROADCAST MUSIC, INC.,** *et al.,*

**Plaintiffs,**

v.                                                    USDC Case No.: 3:11CV 112

**OLIVE' OR TWIST BAR, INC. d/b/a
OLIVE OR TWIST BAR and
LORI A. LONG,**

**Defendants.**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs provide the following supplemental disclosure pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

1.      The following lists the Plaintiffs' parent organization or those publicly held corporations that own 10% or more of its stock:

| Plaintiff | Parent |
|---|---|
| Broadcast Music, Inc. | None |
| Universal-Songs of Polygram International | Vivendi SA |
| Warner-Tamerlane Publishing Corp. | Warner Music Group Corp. |
| Eleksylum Music, Inc. | Elektra/Asylum/Nonesuch Records, a division of Warner Communications |
| No Surrender Music | Praxis International Communications, Inc. |
| Fourteenth Hour Music, Inc. | None |
| Springtime Music, Inc. | None |

Cyandie Publishing                              None

Songs of Universal, Inc.                        Vivendi SA

Escatawpa Songs

Respectfully submitted,

Christopher S. Riley (23105-71)
BARNES & THORNBURG LLP
121 W. Franklin Street, Suite 200
Elkhart, IN 46516
Telephone:  (574) 293-0681
Attorneys for Plaintiffs